# EXHIBIT A



# NEW YORK INSTITUTE OF TECHNOLOGY
Opportunity and excellence... for today and tomorrow

OFFICE OF THE SENIOR VICE PRESIDENT
FOR ACADEMIC AFFAIRS
Old Westbury, N.Y.
(516) 686-7595

July 25, 1988

Dr. Robert B. Goldblatt
29 Sherwood Drive
Huntington, N.Y. 11743

Dear Dr. Goldblatt:

This will acknowledge your appointment as Associate Professor in the discipline of Psychology, with tenure, at an annual salary of $31,631 for the 1988-1989 academic year.

If you accept this appointment, please so signify by signing below and returning one copy of this document to my office within seven days of receipt.

Very truly yours,

T. K. Steele
Senior Vice President
for Academic Affairs

ACCEPTED:

Robert B. Goldblatt
Date: 08/10/88

AUG 15 1988

Soc.Sec.No. 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

cd

bcc: Dr. M. Spitzer
ASL
Wm. Udry
Payroll
Personnel

THE DOROTHY SCHURE OLD WESTBURY CAMPUS / Old Westbury, N.Y. 11568
METROPOLITAN CENTER / 1855 Broadway / New York, N.Y. 10023
CENTRAL ISLIP CAMPUS / Central Islip, N.Y. 11722

# EXHIBIT B



## New York College of Osteopathic Medicine
of New York Institute of Technology

WHOLE-TIME FACULTY EMPLOYMENT AGREEMENT

AGREEMENT this 19th day of August ,1991 , by and between NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE (hereinafter "NYCOM") of NEW YORK INSTITUTE OF TECHNOLOGY, an institution of higher learning chartered by the New York State Board of Regents and maintaining administrative offices at the Dorothy Schure Old Westbury Campus, Northern Boulevard, Old Westbury, New York 11568; and

name: ROBERT B. GOLDBLATT, Ph.D.

residing at: 29 Sherwood Drive

Huntington, NY 11743

(hereinafter "FACULTY MEMBER").

IN CONSIDERATION OF the mutual promises made herein, both parties hereby agree as follows:

1. **EMPLOYMENT**

NYCOM hereby offers and the FACULTY MEMBER HEREBY accepts whole-time employment as:

```
_____   Instructor
_____   Assistant Professor
  XX      Associate Professor
_____   Professor
```
with the title of  Associate Professor, Department of Psychiatry
                   and Behavioral Medicine and Health Psychologist

2. **DUTIES**

The FACULTY MEMBER will devote full time and best efforts, not less than 35 hours per week, to the performance of duties at the NYCOM designated by the Dean of Academic Affairs and under the supervision of the [Dean of Academic Affairs] [division dean] [department chairman]. These duties shall include service on faculty committees, keeping proper records, participating in course and curriculum development, cooperating with faculty evaluation procedures, preparing and distributing appropriate written materials, student tutorials and advisement and generating high levels of student satisfaction.

3. **ASSIGNMENTS**

   a. The FACULTY MEMBER is assigned to the (Basic Medical Sciences Division)(Clinical Sciences Division) and the



## New York College of Osteopathic Medicine
of New York Institute of Technology

or on the date stated below, and it will continue, absent breach, until August 31, 1992.

Commencing August 19, 1991, and ending August 31, 1992

7. COMPENSATION

   Compensation shall be paid in semi-monthly installments. The FACULTY MEMBER will receive total compensation for this employment during each full year of this agreement as follows:

   | year | compensation |
   |------|--------------|
   | one  | $ 50,000.00  |

8. EXPENSES

   The FACULTY MEMBER shall be reimbursed by NYCOM for professional dues and publications in an amount not to exceed $ 2,000 - per year of this agreement. Other expenses, such as travel or entertainment, shall be reimbursed only according to administrative policies of New York Institute of Technology.

9. BENEFITS

   The FACULTY MEMBER shall receive employment benefits to the extent that they are given to fulltime employees of New York Institute of Technology who do not have employment agreements. Additional terms of benefits contained in Rider Number 1 attached to this agreement.

9. OWNERSHIP

   THE FACULTY MEMBER acknowledges and agrees that all intellectual property developed in the course of employment pursuant to this agreement is the sole and exclusive property of New York Institute of Technology.

10. GENERAL PROVISIONS

    a. Captions are used for convenience only and are not intended to be part of this agreement. All terms in any one number or gender are intended to include any other number or gender.

    b. This is the entire agreement of the parties and supersedes all prior negotiations, representations and agreements.



## New York College of Osteopathic Medicine
of New York Institute of Technology

    c. The failure of either party to exercise any right or to insist upon strict compliance with any term shall not constitute a waiver of any other term or condition of this agreement.

    d. This agreement shall be governed by the laws of the State of New York and both parties consent to submit to the jurisdiction of courts in the State of New York.

    e. If any provision of this agreement is invalid, all other provisions nevertheless continue in full force and effect.

    f. All notices required by this agreement shall be in writing and sent to each party at the address first written above or such other address as a party may from time to time designate by a notice in writing.

    g. This agreement cannot be modified except by a writing signed by the party to be charged.

    h. This agreement is not effective until signed by all individuals below.

IN WITNESS WHEREOF, this agreement has been duly executed as authorized by the parties and is effective as provided herein.

_____
Faculty Member
Robert B. Goldblatt, Ph.D.

_____
Stanley Schiowitz, DO.
Dean of Academic Affairs

_____
Matthew Schure, Ph.D.
President
New York Institute of Technology



# New York College of Osteopathic Medicine
of New York Institute of Technology

## RIDER I

It is understood that the attached contract between Robert B. Goldblatt, Ph.D., and New York College of Osteopathic Medicine of New York Institute of Technology does not jeopardize Dr. Goldblatt's tenured position at New York Institute of Technology which remains available to him.

_____
(signature - employee)
Robert B. Goldblatt, Ph.D.

_____
(signature - Dean of Academic Affairs)
Stanley Schiowitz, D.O.

_____
(signature - President, New York Institute of Technology)
Matthew Schure, Ph.D.

August 19, 1991

# EXHIBIT C

# EXHIBIT D



# New York College of Osteopathic Medicine
of New York Institute of Technology

## WHOLE-TIME FACULTY EMPLOYMENT AGREEMENT

AGREEMENT this __1st__ day of __September 1994__ between **NEW YORK COLLEGE OF OSTEOPATHIC MEDICINE (HEREINAFTER "NYCOM") of NEW YORK INSTITUTE OF TECHNOLOGY**, an institution of higher learning chartered by the New York State Board of Regents and maintaining administrative offices at the Dorothy Schure Old Westbury Campus, Northern Boulevard, Old Westbury, New York 11568, and

Name        __Robert B. Goldblatt, Ph.D.__

Residing at     __29 Sherwood Drive__

                  __Huntington, New York 11743__

(hereinafter "FACULTY MEMBER").

**IN CONSIDERATION** of the mutual promises made herein, both parties hereby agree as follows:

1. **EMPLOYMENT**

    NYCOM hereby offers and the FACULTY MEMBER accepts whole-time employment as:

    _____ Instructor
    _____ Assistant Professor
    __X__ Associate Professor
    _____ Professor

    with the title of __Associate Professor, Department of Psychiatry and Behavioral Medicine and Health Psychologist__

2. **DUTIES**

    The FACULTY MEMBER will devote full time and best efforts, not less than 35 hours per week, to the performance of duties at the NYCOM designated by the Dean and under the supervision of the division dean. These duties shall include service on faculty committees, keeping proper records, participating in course and curriculum development, cooperating with faculty evaluation procedures, preparing and distributing appropriate written materials, student tutorials and advisement, and generating high levels of student satisfaction.



# New York College of Osteopathic Medicine
of New York Institute of Technology

3. <u>ASSIGNMENTS</u>

   a. The FACULTY MEMBER is assigned to the Department of <u>Psychiatry and Behavioral Medicine</u>

   b. The FACULTY MEMBER will devote approximately <u>10</u>% of his or her professional time to teaching courses, whether by lecture or laboratory instruction, as assigned by the division dean.

   c. The FACULTY MEMBER will devote approximately <u>50</u>% of his or her professional time to research assigned by the division dean.

   d. The FACULTY MEMBER will devote approximately <u>40</u>% of his or her professional time to clinical practice, including patient contact and teaching subject to the additional terms contained in Rider Number ____ attached to this agreement.

   e. The FACULTY MEMBER will devote approximately <u>--</u>% of his or her time to administrative duties, provided, however, that the President shall have full discretion to discontinue these duties at any time.

4. <u>OUTSIDE EMPLOYMENT</u>

   The FACULTY MEMBER shall not accept professional employment outside NYCOM during the term of this agreement without the prior written consent of the Dean, which consent shall be granted at his sole discretion.

5. <u>EXTERNAL FUNDING</u> (Optional - Applies only if initialed here by FACULTY MEMBER ____ and Dean ____)

   During the term of this agreement, the FACULTY MEMBER shall prepare an application or proposal to obtain funding from outside NYCOM for a research or clinical project with an annual budget not less than <u>--</u>% of the amount of compensation payable to him or her under this agreement. The FACULTY MEMBER shall not submit any such application or proposal until it has been approved in writing by the Dean and the President. In the event that a grant is awarded, NYCOM shall permit the FACULTY MEMBER to devote appropriate time to performing its requirements.

Old Westbury, L.I., New York 11568 • 516 626-6922



## New York College of Osteopathic Medicine
of New York Institute of Technology

6. TERM

The term of this agreement shall begin on ___September 1, 1994,___ and shall continue, absent breach, through _____August 31, 1996_____.

7. COMPENSATION

Compensation shall be paid in 24 (twenty four) semimonthly installments calculated at the following annual rates:

Effective September 1, 1994:
2.5% of full-year basis of compensation      $ 56,569.18

Effective March 1, 1995:
2.5% of full-year basis of compensation      $ 57,983.41

Effective September 1, 1995:                 Current salary plus any general
                                             wage increase granted to faculty

Effective March 1, 1996:                     Current salary plus any general
                                             wage increase granted to faculty

8. BENEFITS

The FACULTY MEMBER shall receive employment benefits to the extent that they are given to full-time employees of New York Institute of Technology who do not have employment agreements. Additional terms of benefits are contained in Rider __1__ attached to this agreement.

3

Old Westbury, L.I., New York 11568 • 516 626-6922



## New York College of Osteopathic Medicine
of New York Institute of Technology

9. <u>OWNERSHIP</u>

The FACULTY MEMBER acknowledges and agrees that all intellectual property developed in the course of employment pursuant to this agreement is the sole and exclusive property of New York Institute of Technology.

10. <u>GENERAL PROVISIONS</u>

   a. Captions are used for convenience only and are not intended to be part of this agreement. All terms in any one number or gender are intended to include any other number or gender.

   b. This is the entire agreement of the parties and supersedes all prior negotiations, representations, and agreements.

   c. The failure of either party to exercise any right or to insist upon strict compliance with any term shall not constitute a waiver of any other term or condition of this agreement.

   d. This agreement shall be governed by the laws of the State of New York, and both parties consent to submit to the jurisdiction of courts in the State of New York.

   e. If any provision of this agreement is invalid, all other provisions, nevertheless, continue in full force and effect.

   f. All notices required by this agreement shall be in a writing and sent to each party at the address first written above or such other address as a party may from time to time designate by a notice in writing.

   g. This agreement is not effective until signed by all individuals below.

Old Westbury, L.I., New York 11568 • 516 626-6922



**New York College of Osteopathic Medicine**
of New York Institute of Technology

**IN WITNESS WHEREOF**, this agreement has been duly executed as authorized by the parties and is effective as provided herein.

_Robert B. Goldblatt_
Robert B. Goldblatt, Ph.D.
Faculty Member

_Stanley Schiowitz_
Stanley Schiowitz, D.O.
Dean

_Matthew Schure_
Matthew Schure, Ph.D.
President
New York Institute of Technology



# New York College of Osteopathic Medicine
of New York Institute of Technology

### RIDER 1

It is understood that the attached contract between Robert B. Goldblatt, Ph.D., and New York College of Osteopathic Medicine of New York Institute of Technology does not jeopardize Dr. Goldblatt's tenured position at New York Institute of Technology, which remains available to him.

_____  _____
Robert B. Goldblatt, Ph.D.          Stanley Schiowitz, D.O.
Faculty Member                              Dean

_____
Matthew Schure, Ph.D.
President
New York Institute of Technology

September 1, 1994

# EXHIBIT E

Jeger Goldblatt

**Subject:** Re:Jeger/Goldblatt
**From:** Catherine Thurau <cthurau@nyit.edu>
**Date:** Thu, 19 Jul 2007 12:52:36 -0400
**To:** 'Mary Winters' <mwinters@nyit.edu>
**CC:** 'Corina Hendea' <chendea@nyit.edu>, "'Leo Levine, MBA'" <lelevine@nyit.edu>

Hi, Mary,

I have adjusted our records to show Drs. Jeger and Goldblatt are AAUP and are tenured.

Regards,

Cathy Thurau
Administrative Assistant
Human Resources

# EXHIBIT F

**NYIT**
*College of Osteopathic Medicine*

June 26, 2014

Robert B. Goldblatt, Ph.D.
29 Sherwood Drive
Huntington, New York 11743

Dear Dr. Goldblatt:

    We are pleased to offer a continuation of your full-time employment as an Associate Professor in the Department of Family Medicine. This agreement shall begin September 1, 2014, and continue through August 31, 2019. Your current salary is $165,140.96. You are eligible for the next anticipated general wage increase as implemented by NYIT in the 2014-2015 fiscal year. You will receive all faculty benefits to the extent that they are given to full-time employees of New York Institute of Technology. As a full-time clinical faculty member, you are required to participate in the faculty practice plan. A separate 2014-2015 contract with the faculty practice plan will be issued and will govern the terms and conditions of your clinical practice. Other terms and conditions of your previous NYIT College of Osteopathic Medicine contract remain in effect.

    Your appointment will be in a clinical track with your work effort determined by your Department Chairperson based on departmental and institutional needs.

    Copies of this letter will be sent to NYIT's department of Human Resources and also will be retained in your NYIT College of Osteopathic Medicine personnel file. Please keep this copy for your records. This offer is dependent upon a signed faculty practice plan contract, which will be given to you at a later date.

Yours very truly,

*Wolfgang Gilliar, D.O.*

Wolfgang Gilliar, D.O.
Dean

WG:mw

Wolfgang G. Gilliar, D.O.
FAAPMR
*Dean*

Tel 516.686.3722
Fax 516.686.3830
wgilliar@nyit.edu

New York Institute of Technology
Northern Boulevard
P.O. Box 8000
Old Westbury, NY 11568-8000
nyit.edu/medicine