UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

ROBERT GOLDBLATT,

                Plaintiff,

     -against-

NEW YORK INSTITUTE OF TECHNOLOGY,

                Defendant.

-------------------------------------------------------------X

FILED
CLERK
1/22/2020 12:22 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

ORDER
CV 18-0265 (DRH) (SIL)

LOCKE, Magistrate Judge:

     The undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to another Magistrate Judge in the ordinary course of business.

Dated: Central Islip, New York
         January 22, 2020

SO ORDERED:

/s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge