# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL 212.687.7410
FAX 212.687.3285
WWW.CBDM.COM

December 3, 2021

**VIA ECF**
Honorable Arlene Rosario Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Robert Goldblatt v. New York Institute of Technology,*
2:18-cv-00265 (DRH)(ARL)

Dear Judge Lindsay:

This firm represents defendant New York Institute of Technology ("NYIT") in this action. I write on behalf of the parties to respectfully request that Your Honor issue the enclosed proposed Confidentiality Order.

Thank you for Your Honor's consideration of the parties' request.

Respectfully Submitted,

CLIFTON BUDD & DeMARIA, LLP
*Counsel for NYIT*

By: _Stefanie Toren_
 Douglas Catalano
 Stefanie Toren

Enc.

cc: Gregory A. Tsonis, Esq.