# Clifton Budd & DeMaria, llp
## Attorneys at Law

The Empire State Building
350 Fifth Avenue, 61st Floor
New York, NY 10118

tel 212.687.7410
fax 212.687.3285
www.cbdm.com

September 15, 2022

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Robert Goldblatt v. New York Institute of Technology,*
               2:18-cv-00265 (DRH)(ARL)

Dear Judge Dunst:

      This firm represents defendant New York Institute of Technology ("NYIT") in this action. I write on behalf of counsel for the parties to respectfully request an extension of the parties' deadlines to complete fact and expert discovery.

      Plaintiff's deposition was held on April 21 and 29, 2022. The deposition of a NYIT employee was scheduled for May 11, 2022. Unfortunately, Plaintiff's counsel fell ill and the deposition was adjourned. After multiple attempts to try and reschedule the witness's deposition, I learned that he was out of work on an unplanned medical leave. As a result, counsel for the parties were unable to schedule this witness's deposition until September 23, 2022.

      We also require additional time to complete expert discovery as I have also been out of work on maternity leave since late June and return the first week in October. Lead counsel, Douglas Catalano, has also been engaged in extensive collective bargaining negotiations for NYIT and another client this summer.

      Should Your Honor grant the parties' request, we respectfully request an extension of time until October 31, 2022 to complete fact discovery and until December 15, 2022 to complete expert discovery. This will provide the parties with sufficient time to depose the remaining witness, as well as complete any post-deposition fact discovery. Counsel are also amenable to taking the first step in dispositive motion practice before completion of expert discovery.

      Should Your Honor grant the parties' request, counsel for the parties also respectfully request that the final pre-trial conference before Your Honor on October 18, 2022 and the joint pre-trial order deadline of October 14, 2022 be adjourned until a date that is convenient to Your Honor after the end date of fact and expert discovery.

Thank you for Your Honor's consideration of the parties' request.

Respectfully Submitted,
CLIFTON BUDD & DeMARIA, LLP
*Counsel for NYIT*

By: *Stefanie Toren*
Douglas Catalano
Stefanie Toren

cc: Gregory A. Tsonis, Esq.