UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 18, 2022** |
| **TIME:** | **11:30AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **18-CV-265 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Goldblatt v. New York Institute of Technology |
| **FOR PLAINTIFF(S):** | Gregory A. Tsonis |
| **FOR DEFENDANT(S):** | Stefanie Robin Toren |
| **NEXT CONFERENCE(S):** | November 8, 2022 at 12:00PM via Zoom |
| **FTR/COURT REPORTER:** | 11:52-11:59 |

## RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for Plaintiff absent; counsel for Defendant present.

The parties are directed to file a joint letter by **October 25, 2022** regarding the status of discovery, including whether the parties anticipate completing fact discovery by the October 31, 2022 deadline (*see* September 16, 2022 Order).

.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge