UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 4, 2023** |
| **TIME:** | **11:45AM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **18-CV-265 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Goldblatt v. New York Institute of Technology |
| **FOR PLAINTIFF(S):** | Gregory A. Tsonis |
| **FOR DEFENDANT(S):** | Stefanie Robin Toren |
| **NEXT CONFERENCE(S):** | May 24, 2023 at 11:00AM via AT&T Teleconference<br>877-402-9753 – Access Code: 2785175 |
| **FTR/COURT REPORTER:** | 11:49-12:11, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The parties shall file a joint letter by **February 8, 2023** stating whether they desire to participate in assisted settlement discussions—through private mediation, a referral to the EDNY mediation panel, or a settlement conference before the undersigned—after the close of discovery. If they prefer a settlement conference before the undersigned, the parties' joint letter shall provide proposed dates in April and May 2023. If they do not wish to participate in assisted settlement discussions, the parties' joint letter must provide a proposed schedule for commencing summary judgment motion practice and filing a joint proposed pretrial order consistent with the Individual Practice Rules of District Judge Joan M. Azrack.

For the reasons stated on the record, discovery is EXTENDED to **February 22, 2023**. For avoidance of doubt, the parties must complete all discovery by February 22, 2023.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge