# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

February 8, 2023

**VIA ECF**
Honorable Lee G. Dunst
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

   Re: *Robert Goldblatt v. New York Institute of Technology,*
       2:18-cv-00265 (DRH)(LGD)

Dear Judge Dunst:

  This firm represents Defendant New York Institute of Technology ("NYIT") in the above-referenced action. Pursuant to Your Honor's January 4, 2023 Order, I write on behalf of the parties to advise that NYIT is not interested in engaging in assisted settlement discussions at this time. We thank Your Honor for the offer of assistance.

                Respectfully Submitted,

                CLIFTON BUDD & DeMARIA, LLP
                *Attorneys for Defendant*

          By: /s/ Stefanie Toren
              Douglas P. Catalano
              Stefanie R. Toren

cc: Gregory Tsonis, Esq.