# CLIFTON BUDD & DeMARIA, LLP
## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL 212.687.7410  
FAX 212.687.3285  
WWW.CBDM.COM

September 5, 2023

**VIA ECF**
Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Robert Goldblatt v. New York Institute of Technology,*
                2:18-cv-00265 (JMA)(LGD)

Dear Judge Azrack:

      This firm represents Defendant New York Institute of Technology ("NYIT") in the above-referenced action. I write to respectfully request a one-week extension of NYIT's deadline to serve its motion for summary judgment from September 8, 2023 until September 15, 2023. I conferred with counsel for Plaintiff who consents to the following proposed briefing schedule:

| | |
|---|---|
| NYIT's deadline to serve its motion for summary judgment: | September 15, 2023 |
| Plaintiff's deadline to serve his opposition to NYIT's motion: | November 3, 2023 |
| NYIT's deadline to serve its reply and file all motion papers: | December 1, 2023 |

      Thank you for Your Honor's consideration of NYIT's first request for an extension.

                                      Respectfully Submitted,

                                      CLIFTON BUDD & DeMARIA, LLP
                                      *Attorneys for Defendant*

                By:   */s/ Stefanie Toren*

                                      Douglas P. Catalano
                                      Stefanie R. Toren

cc:    Gregory Tsonis, Esq.