UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 16, 2024** |
| **TIME:** | **11:30AM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **18-CV-265 (JMA)(LGD)** |
| **NAME OF CASE(S):** | Goldblatt v. New York Institute of Technology |
| **FOR PLAINTIFF(S):** | Gregory A. Tsonis |
| **FOR DEFENDANT(S):** | Stefanie Robin Toren |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:33-11:34 |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for all sides present.

The parties provided the Court with a status update.

                                                                                SO ORDERED

                                                          /s/ Lee G. Dunst
                                                          LEE G. DUNST
                                                          United States Magistrate Judge