

6800 jericho tpke
suite 120w
syosset, ny 11791
p: 516.393.5876
f: 516.393.5819
www.gatlawoffice.com
gtsonis@gatlawoffice.com

December 10, 2024

**Via ECF and E-Mail**
Hon. Joan M. Azrack
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Goldblatt v. New York Institute of Technology, EDNY 18cv00265 (DRH)(LGD)

Your Honor:

      As the Court is aware, I represent Plaintiff in connection with the above-referenced matter. With apologies for the last minute request, I write this letter to respectfully request a very brief extension of time to comply with the Court's Order of November 26, 2024. On November 26, 2024, the Court issued its Report and Recommendation ("R&R") in connection with the dispositive motion filed by Defendant seeking dismissal of Plaintiff's claims on summary judgment. Per the November 26, 2024 Order, Plaintiff is required to submit Objections to the R&R by today December 10, 2024. Due to certain unforeseen circumstances, I am respectfully requesting that the deadline to submit Plaintiff's objections be extended to this week's end, through Friday, December 13, 2024. Due to the unexpected and expedited nature of the request, this office has not had the opportunity to reach out to opposing counsel to determine if they consent to the request.

      Thank you for your attention to this request.

Respectfully Submitted,

_Gregory A. Tsonis_
Gregory A. Tsonis (GT-5737)