

6800 jericho tpke
suite 120w
syosset, ny 11791
p: 516.393.5876
f: 516.393.5819
www.gatlawoffice.com
gtsonis@gatlawoffice.com

December 10, 2024

**Via ECF and E-Mail**
Hon. Joan M. Azrack
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    Goldblatt v. New York Institute of Technology, EDNY 18cv00265 (DRH)(LGD)

Your Honor:

      Earlier today this office requested a brief extension of time to submit objections to the Report and Recommendation issued by the Magistrate on November 26, 2024. Plaintiff has filed its objections today and therefore we respectfully withdraw our request for an extension.

      Thank you for your attention to this request.

Respectfully Submitted,

_Gregory A. Tsonis__
Gregory A. Tsonis (GT-5737)